

**ORDERED in the Southern District of Florida on April 22, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.:  26-11089-BKC-RAM**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

VANESA TOLEDO MARTINEZ

DEBTOR_____/

### ORDER CONTINUING CONFIRMATION HEARING, TRUSTEE'S OBJECTION TO EXEMPTIONS AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE

**THIS CASE** came before the court on the Chapter 13 Consent Calendar on April 21, 2026 and based on the record it is,

**ORDERED as follows**:

1. The Confirmation Hearing and the Trustee's Objection to Exemptions is continued to **May 11, 2026** at **1:35 pm**. The hearing will be conducted by video conference. For instructions, please refer to the General Procedures for Hearings By Video Conference on the Court's website.  To participate in the hearing, you must register for the video conference no later than 3:00 pm one business day before the date of the hearing. To participate, click on the following link or manually enter the following link in a browser:
https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0

ORDER CONTINUING CONFIRMATION HEARING, TRUSTEE'S OBJECTION TO EXEMPTIONS AND MAKING ALL DEBTOR
PAYMENTS NON-REFUNDABLE
CASE NO.:  26-11089-BKC-RAM

2.  The Debtor is ordered to continue making payments each month to the Chapter 13 Trustee in accordance with the last filed Chapter 13 Plan.  Failure to continue payments may result in the dismissal of this case.

3.  As a condition for the continued confirmation hearing and delay of payments to creditors,  all payments held by the Chapter 13 Trustee shall be non-refundable and held in trust for the secured creditors as adequate protection, and in trust for priority and administrative creditors.

4.  If this case is dismissed or converted, the Trustee shall disburse all funds which were received prior to the order of conversion or dismissal and held in trust.  The disbursement shall be on a pro rata basis, less Trustee fees, to the secured, priority or administrative creditors pursuant to  the proposed Chapter 13 Plan which was filed at least one day prior to last confirmation hearing date.

### 

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
VANESA TOLEDO MARTINEZ
5365 W 15TH CT.
HIALEAH, FL  33012

**ATTORNEY FOR DEBTOR**
JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL  33013

**JOSE BLANCO, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.

RDER CONTINUING CONFIRMATION HEARING, TRUSTEE'S OBJECTION TO EXEMPTIONS AND MAKING ALL DEBTOR
PAYMENTS NON-REFUNDABLE
CASE NO.:  26-11089-BKC-RAM

**JOSE BLANCO, ESQUIRE** is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.